MICHAEL J. KRAHENBUHL, SBN 271021
mkrahenbuhl@piteduncan.com
MICHAEL M. BAKER, SBN 273232
mbaker@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Drive, Ste. 200; P.O. Box 17934
San Diego, CA 92177-0934
Telephone: (858) 750-7600
Facsimile: (619) 326-2430

Attorneys for Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MURPHREE,<br><br>Defendant. | Case No.  2:12-cv-02555-WBS-EFB<br><br>**ORDER GRANTING JOINT APPLICATION AND STIPULATION TO REMAND CASE TO STATE COURT** |
|---|---|

On December 6, 2012, the parties submitted a joint application to have this action remanded to the California Superior Court.  The parties having stipulated to have this case remanded to the California Superior Court, IT IS SO ORDERED, this case is REMANDED to the California Superior Court.  The matter in the United States District Court (Case No. 2:12-cv-02555-WBS-EFB) is closed.  The Clerk is directed to serve a copy of this remand order on the San Joaquin County Superior Court (Case No. 39-2012-00280073-CL-UD-MAN).

Dated:   December 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION AND STIPULATION TO REMAND CASE TO STATE COURT